JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUADALUPE LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:13-cr-0065 LJO / SKO |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. ) | ORDER |
| GUADALUPE LOPEZ, ) | |
| Defendant. ) | Date: April 15, 2013<br>Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Megan A.S. Richards, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Guadalupe Lopez, that the status conference set for April 8, 2013 at 8:30 a.m. before District Court Judge O'Neill, **may be continued to April 15, 2013 at 1:00 p.m.** before Magistrate Judge Oberto.

The requested continuance is necessary to allow for defense investigation and further plea discussions. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3   3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4   best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: April 3, 2013

/s/ Megan A.S. Richards
MEGAN A.S. RICHARDS
Special Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: April 3, 2013

 /s/  Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
GUADALUPE LOPEZ

## ORDER

IT IS SO ORDERED.

**Dated:     April 3, 2013**              /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

MARTINEZ-CHAVEZ: Stipulation to  Continue
Status Conference Hearing [PROPOSED ORDER]              2